# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>EFRAIN BARRAGAN-OROZCO (1),<br><br>    Defendant. | CASE NO.:  22-cr-191-JLS<br><br>HON. JANIS L. SAMMARTINO<br><br>ORDER TO CONTINUE MOTION HEARING/TRIAL SETTING |

Joint Motion Having Been Entered by the parties, and Good Cause appearing, **IT IS HEREBY ORDERED**, that the Motion Hearing/Trial Setting be continued from September 16, 2022 until November 4, 2022 at 1:30 p.m. Defendant shall file an acknowledgement of the new hearing date within one week of this order.

It is further ordered that time is excluded in the interests of justice, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), for the reasons set forth in the parties' Joint Motion to Continue Motion Hearing/Trial Setting.

**SO ORDERED.**

Dated:  September 13, 2022

Hon. Janis L. Sammartino
United States District Judge